

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br> Plaintiff, )<br><br> v. )<br><br>Christopher Carper )<br><br> Defendant. ) | 2:17 cr 521<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ✓ On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more

        years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above;

    5. ( ✓ any felony that is not otherwise a crime of violence that involves a minor victim, or

        possession or use of a firearm or destructive device or any other dangerous weapon,

        or a failure to register under 18 U.S.C § 2250.

B. ( ✓ On motion ( ✓ by the Government) / ( ) (by the Court sua sponte involving)

///

1.  ( ) serious risk defendant will flee;

2.  ( ) serious risk defendant will

    a. ( )  obstruct or attempt to obstruct justice;

    b. ( )  threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

*on the present record*

## II.

The Court finds no condition or combination of conditions will reasonably assure:

A. ( ) appearance of defendant as required; and/or

B. (✓) safety of any person or the community.

## III.

The Court has considered:

A. (✓) the nature and circumstances of the offense, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. (✓) the weight of evidence against the defendant;

C. (✓) the history and characteristics of the defendant;

D. (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

*prior record; present charges*

_____

_____

_____

_____

_____

///

///

///

B.  (  ) History and characteristics indicate a serious risk that defendant will flee because:

_____

_____

_____

_____

_____

_____

C.  (  ) A serious risk exists that defendant will:

    1. (  )  obstruct or attempt to obstruct justice;

    2. (  )  threaten, injure or intimidate a witness/ juror, because:

_____

_____

_____

_____

_____

_____

D.  (  ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

    provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED *without prejudice* that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: __10/16/17__          _____

                   U.S. MAGISTRATE / DISTRICT JUDGE